UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUZANNE M. NATALE, as Administratrix of :
The ESTATE OF RICHARD NATALE, :
 :
    Plaintiff, : Civ. A. No. 13-cv-30008-MGM
 :
    v. :
 :
THE ESPY CORPORATION :
WHITNEY HARRIS :
MARK E. SMITH, and :
THOMAS W. POTTHAST, :
 :
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims in this action be dismissed with prejudice and without costs or attorney's fees, and that all rights of appeal are waived.

Dated: January 29, 2015

| | |
|---|---|
| /s/ Andrew Levchuk | /s/ Joseph T. Toomey |
| Andrew Levchuk (BBO# 545189) | Jonathan L. Kotlier (BBO # 545491) |
| Jeffrey E. Poindexter (BBO#561347) | Christopher H. Lindstrom (BBO # 657430) |
| Bulkley, Richardson and Gelinas, LLP | Joseph T. Toomey (BBO # 682675) |
| 1500 Main Street, Suite 2700 | Nutter McClennen & Fish LLP |
| Springfield, MA 01115-5507 | Seaport West |
| 413-781-2820 | 155 Seaport Boulevard |
| alevchuk@bulkley.com | Boston, Massachusetts 02210 |
| jpoindexer@bulkley.com | 617-439-2000 |
| | jkotlier@nutter.com |
| | clindstrom@nutter.com |
| | jtoomey@nutter.com |
| *Counsel for Plaintiff Suzanne M. Natale as Administratrix of the Estate of Richard Natale* | *Counsel for Defendants The Espy Corporation, Whitney Harris, Mark E. Smith, and Thomas W. Potthast* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 29, 2016 this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            /s/ Joseph T. Toomey

3032022.1